WILLIAM A. GUEST, Appellant, *v.* THE CITY OF BROOKLYN
et al., Respondents.

*Guest* v. *City of Brooklyn* (9 Hun, 198), reversed.

(Argued April 4, 1878; decided April 16, 1878.)

REPORTED below, 9 Hun, 198.

*John J. Townsend* for appellant.

*William C. DeWitt* for respondents.

Agree to reverse judgment, and for judgment for plaintiff
on demurrer, with leave to defendant to answer, on authority
of *Townsend* v. *City of Brooklyn* (*ante*, p. 589).
All concur.
Judgment accordingly.